IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

WU YINGZHUO
    a/k/a "mxmtmw"
    a/k/a "Christ Wu"
    a/k/a "wyz"

Criminal No. 17-247

[UNDER SEAL]

## ARRAIGNMENT PLEA

Defendant WU YINGZHUO a/k/a "mxmtmw"; a/k/a "Christ Wu"; a/k/a "wyz"

being arraigned, pleads _____

in open Court this _____ day of

_____ , 20 _____

_____
(Defendant's Signature)

_____
(Attorney for Defendant)