Pittsburgh __X__          Erie _____          Johnstown _____

Related to No. _____   Judge _____
(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:  1.  ____  Narcotics and Other Controlled Substances
           1a.  ____  Narcotics and Other Controlled Substances
                      (3 or more Defendants)
           2.  ____  Fraud and Property Offenses
           2a.  _X_  Fraud and Property Offenses
                      (3 or more Defendants)
           3.  ____  Crimes of Violence
           4.  ____  Sex Offenses
           5.  ____  Firearms and Explosives
           6.  ____  Immigration
           7.  ____  All Others

Defendant's name:                    WU YINGZHUO a/k/a "mxmtmw"; a/k/a "Christ Wu'"; a/k/a "wyz"

Is indictment waived:           ____ Yes      _X_ No

Pretrial Diversion:             ____ Yes      _X_ No

Juvenile proceeding:            ____ Yes      _X_ No

Defendant is:                   _X_ Male      ____ Female

Superseding indictment or information    ____ Yes      _X_ No

          Previous case number: _____

If superseding, previous case was/will be:

          _____ Dismissed on defendant's motion
          _____ Dismissed on governments' motion
          _____ After appellate action
          _____ Other (explain)

County in which first offense cited
occurred:              Allegheny _____

Previous proceedings before
Magistrate Judge:      _____

     Case No.:         _____

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

Date arrested or date continuous U.S.
custody began: _____

Defendant: ____ is in custody    X   is not in custody

Name of Institution: _____

Custody is on: ____ this charge   ____ another charge

____ another conviction

____ State        ____ Federal

Detainer filed: ____ yes       ____ no

Date detainer filed: _____

Total defendants:        3

Total counts:            8

Data below applies to defendant No.:    1

Defendant's name:    WU YINGZHUO a/k/a "mxmtmw"; a/ka/"Christ Wu";
                     a/k/a wyz

## SUMMARY OF COUNTS

| COUNT | U.S. CODE | OFFENSE | FELONY |
|-------|-----------|---------|--------|
| 1 | 18 U.S.C. §1030(b) | Conspiracy to Commit Computer Fraud and Abuse | X |
| 2 | 18 U.S.C. § 1832(a)(5) | Conspiracy to Commit Trade Secret Theft | X |
| 3 | 18 U.S.C. §1343 | Wire Fraud | X |
| 4-8 | 18 U.S.C. §§ 1028A(a)(1), 1028A(b), 1028(c)(4), and 2 | Aggravated Identity Theft | X |

I certify that to the best of my knowledge the above entries are true and correct.

DATE: _____ SEP 1 3 2017 _____    _____

JAMES T. KITCHEN
Assistant U.S. Attorney
PA ID No. 308565