IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WU YINGZHUO<br>    a/k/a mxmtmw"<br>    a/k/a "Christ Wu"<br>    a/k/a "wyz"<br>DONG HAO<br>    a/k/a "Bu Yi"<br>    a/k/a "Dong Shi Ye"<br>    a/k/a "Tianyu"<br>XIA LEI<br>    a/k/a "Sui Feng Yan Mie" | Criminal No. 17-247<br><br>[UNDER SEAL] |

## MOTION FOR ARREST WARRANTS

AND NOW comes the United States of America, by its attorneys, Soo C. Song, Acting United States Attorney for the Western District of Pennsylvania, and James T. Kitchen, Assistant United States Attorney for said District, and, pursuant to Rule 9 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order directing that an Arrest Warrant be issued for the apprehension of defendants WU YINGZHUO a/k/a "mxmtmw"; a/k/a "Christ Wu"; a/k/a "wyz", DONG HAO a/k/a "Bu Yi"; "Dong Shi Ye"; "Tianyu", and XIA LEI ak/a "Sui Feng Yan Mie, upon the grounds that an indictment has been returned in the above-captioned criminal case charging the defendants with Conspiracy to Commit Computer Fraud and Abuse, in violation of Title 18, United States Code, Section 1030(b); Conspiracy to Committ Trade Secret Theft, in violation of Title 18, United States Code, Section 1832(a)(5); Wire Fraud,

in violation of Title 18, United States Code, Section 1343; and Aggravated Identity Theft, in violation of Title 18, United States Code, Sections 1028A(a)(1), 1028A(b), 1028(c)(4) and 2. Recommended bond: Detention.

                              Respectfully submitted,

                              SOO C. SONG
                              Acting United States Attorney

By:                        _____
                              JAMES T. KITCHEN
                              Assistant U.S. Attorney
                              PA ID No. 308565